## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SIMMONS BEDDING COMPANY, LLC, | ) | |
| and SERTA SIMMONS BEDDING, LLC, | ) | |
| | ) | No. 1:17-cv-6768 |
| Plaintiffs, | ) | |
| | ) | Judge Elaine E. Bucklo |
| v. | ) | |
| | ) | |
| BOB'S DISCOUNT FURNITURE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MOTION TO DISMISS</u>

Defendant Bob's Discount Furniture, LLC ("BDF") respectfully submits this motion to dismiss pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6). As set forth in detail in the accompanying memorandum of law, the September 19, 2017 Complaint (the "Complaint," or "Compl.," Dkt. 1) filed by plaintiffs Simmons Bedding Company, LLC and Serta Simmons Bedding, LLC (collectively, "Plaintiffs") fails to allege a (1) false or misleading statement; (2) concerning a subject material to consumers' decision to purchase the advertised goods. Instead, the Complaint recites accurate statements, pretends as though those statements draw an equivalence between the components of the mattresses that they do not draw, and then simply assumes that Plaintiffs' components are so materially distinct and superior that the imagined equivalence misleads consumers. Such conclusory and unsupported pleading does not remotely satisfy Plaintiffs' pleading burden under Rule 9(b). Accordingly, the Complaint should be dismissed pursuant to Rule 12(b)(6).

## CONCLUSION

For the reasons explained above, the Complaint fails to state a claim upon which relief can be granted under any cause of action. Accordingly, Bob's Discount Furniture, LLC respectfully requests that this Honorable Court dismiss Plaintiffs' Complaint.

Respectfully submitted,

**BOB'S DISCOUNT FURNITURE, LLC**

By: _/s/ Martin G. Durkin, Jr._
One of its Attorneys

Martin G. Durkin, Jr.
HOLLAND & KNIGHT LLP
131 South Dearborn Street
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312) 578-6666
martin.durkin@hklaw.com

Brian G. Leary (MA Bar No. 548386)*
Robert M. Shaw (MA Bar No. 669664)*
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617)523-6850
brian.leary@hklaw.com
robert.shaw@hklaw.com
*Motion for admission *pro hac vice* forthcoming

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on **October 31, 2017**, a copy of the foregoing  **Motion to Dismiss** was electronically filed with the Clerk of the United States District for the Northern District of Illinois by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record.

<u>/s/ Martin G. Durkin, Jr.         </u><br>
Martin G. Durkin, Jr.

#54148547_v3