IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIMMONS BEDDING COMPANY, LLC, and SERTA SIMMONS BEDDING, LLC, Plaintiffs, v. BOB'S DISCOUNT FURNITURE, LLC, Defendant. | Civil Case No. 1:17-cv-6768 Hon. Elaine E. Bucklo |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiff/Counter-Defendant Serta Simmons Bedding Company, LLC and Simmons Bedding Company, LLC (collectively "Serta Simmons") and Defendant/Counter-Plaintiff Bob's Discount Furniture, LLC ("BDF"), by and through their undersigned counsel, hereby agree to dismiss this matter with prejudice, including all claims and counterclaims, with each party to bear its own fees and costs.

Dated this 19th day of July, 2018.

/s/ Nicole M. Murray
Nicole M. Murray, ARDC# 6278103
nicole.murray@quarles.com
QUARLES & BRADY LLP
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654
(312) 715-5000

QB\53172286.1

                Stacy A. Alexejun, WI State Bar # 1074016
stacy.alexejun@quarles.com
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, WI 53703
(608) 251-5000

*Attorneys for Plaintiffs Simmons Bedding Company, LLC, Serta Simmons Bedding, LLC*

Dated this 19th day of July, 2018.

*/s/ Robert M. Shaw (with permission)*___
Martin G. Durkin, Jr., ARDC# 6199640
martin.durkin@hklaw.com
HOLLAND & KNIGHT LLP
131 S. Dearborn St.
Chicago, IL 60603
(312) 263-3600

Brian G. Leary (admitted *pro hac vice*)
brian.leary@hklaw.com
Robert M. Shaw (admitted *pro hac vice*)
robert.shaw@hklaw.com
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

*Attorneys for Defendant Bob's Discount Furniture, LLC*

QB\53172286.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2018, I caused the foregoing Stipulation of Voluntary Dismissal to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record at their e-mail addresses on file with the Court.

*/s/ Nicole M. Murray*
Nicole M. Murray
QUARLES & BRADY LLP
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654
(312) 715-5000

QB\53172286.1